**DISMISS; and Opinion Filed September 18, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01164-CV

## IN THE INTEREST OF A.D.M., S.R.M., AND K.D.M., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-19106-U**

## MEMORANDUM OPINION
Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Fillmore

Before the Court is appellant's motion for voluntary dismissal of her appeal. Appellant has informed the Court that she no longer desires to pursue her appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

131164F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.D.M., S.R.M., AND K.D.M., CHILDREN

No. 05-13-01164-CV

On Appeal from the 302nd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. 10-19106-U.
Opinion delivered by Justice Fillmore.
Justices Bridges and Lewis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Dale McKenzie, recover his costs of this appeal from appellant, Kristi Crouch.

Judgment entered this 18th day of September, 2013.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE